IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AUSTIN CAREY JONES,

    Petitioner,

v.                                              CASE NO. 1:07-cv-00173-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

### **O R D E R**

This matter is before the Court on Doc. 18, Petitioner's motion to proceed *in forma pauperis*. The motion to proceed *in forma pauperis* was filed after the Magistrate Judge issued his Report and Recommendation. Doc. 17. The Court has now adopted the Report, and this case has been dismissed with prejudice. Doc. 22. Accordingly, the motion to proceed *in forma pauperis* at Doc. 18 is DENIED as moot.

    **DONE AND ORDERED** this  *12th* day of September, 2008

                                     *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge